

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2020

No. 04-20-00401-CV

**MESHBESHER & SPENCE, LTD.** and Konstandinos Nicklow,
Appellants

v.

**TODD MARQUARDT LAW FIRM,**
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-24208
Honorable Laura Salinas, Judge Presiding

# O R D E R

On September 15, 2020, appellants filed a brief that did not contain a table of contents or an index of authorities, as required by Texas Rule of Appellate Procedure 38.1. See Tex. R. App. P. 38.1(b), (c). On September 17, 2020, appellants filed an amended brief and an unopposed motion for leave to file the amended brief. After consideration, appellants' motion is GRANTED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court